IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | **Case No. 5:26-CR-22-CAR-CHW** |
| RODNEY HOWELL, JR., | : | |
| | : | |
| Defendant. | : | |
| | : | |

### ORDER ON DEFENDANT'S UNOPPOSED MOTION TO CONTINUE

Before the Court is Defendant Rodney Howell, Jr.'s Unopposed Motion to Continue [Doc. 18] the pretrial conference scheduled for July 22, 2026, and the trial of this case set for August 10, 2026. On June 10, 2026, the Grand Jury returned a one-count indictment charging Defendant with delay or destruction of mail. On June 30, 2026, Defendant was arrested, appointed counsel, pled not guilty at his arraignment, and released on his own recognizance. On July, 2, 2026, defense counsel entered her notice of appearance, filed Defendant's request for discovery, and received discovery from the Government. This case has not previously been continued, and the Government does not oppose this request for continuance.

Defense counsel represents additional time is needed to review discovery, meet with Defendant, conduct defense investigations, and file pretrial motions, if warranted. Having considered the matter, the Court finds it serves the ends of justice to grant

1

Defendant's request to continue the trial. The ends of justice served by granting this continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time to address these matters and could result in a miscarriage of justice. Thus, the Court **GRANTS** Defendant's Unopposed Motion to Continue [Doc. 18], and **HEREBY ORDERS** that this case be continued until October 19, 2026, the undersigned's next regularly-scheduled term of court for the Macon Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

      **SO ORDERED,** this 8th day of July, 2026.

s/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT